David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Sherry J. Simms,** | Case No.: 2:16-cv-03800-JAT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **HON. JUDGE JAMES A TEILBORG** |
| **Nationstar Mortgage, LLC** | |
| Defendant. | |

**Please take Notice:** The parties have settled this case with Plaintiff agreeing to dismiss her individual claims with prejudice and all putative class claims without prejudice, with each party to bear their own attorney's fees and costs. The parties intend to file a stipulation of dismissal within forty-five (45) days of this notice.

1  The parties further respectfully request that all deadlines and hearings be
2  vacated, including the hearing set for Thursday, May 18, 2017 at 10:00 am.
3
4  Date: May 15, 2017                    **Hyde & Swigart**
5
6                                         By:   /s/ David J. McGlothlin
                                                 David J. McGlothlin, Esq.
7                                                Attorneys for Plaintiff